Fill in this information to identify the case:

Debtor name: **Cardel Clocktower Limited Partnership**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO, DENVER DIVISION**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brian Cave Leighton Paisner<br>PO Box 503089<br>Saint Louis, MO 63150-3089 | | Legal Services | | | | $1,920.00 |
| Clocktower at Highlands Ranch Town Center Owner's Association, Inc. c/o 9331 Commerce Center St Unit A1 Highlands Ranch, CO 80129-1712 | c/o BRC Real Estate Corporation | Litigation | Disputed | | | $0.00 |
| Clocktower at Highlands Ranch Town Center Owner's Association, Inc. c/o 3600 S Yosemite St Ste 400 Denver, CO 80237-1816 | c/o Advance HOA Management, Inc. | Litigation | Disputed | | | $0.00 |